THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00349-MR-DLH

| | |
|---|---|
| COLLEEN KEANE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>SENIOR CARE GROUP OF )<br>McDOWELL, LLC, and SENIOR )<br>CARE GROUP, INC., )<br>)<br>Defendants. )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the parties' report to chambers that this case has been completely settled.

In light of the parties' settlement, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that all existing deadlines in this case are hereby **SUSPENDED**, and the parties shall have thirty (30) days from the entry of this Order in which to file a stipulation of dismissal.

**IT IS SO ORDERED.**

Signed: November 7, 2013

Martin Reidinger
United States District Judge